BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2800



MAY 0 9 2013



**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE AFFIDAVIT )
AND CRIMINAL COMPLAINT RE: )
) 2:13-MJ-0148 CKD
BRODERICK ARARAO )
) **SEALING ORDER**
)
) **UNDER SEAL**
)

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: May 9, 2013

_____
Hon. CAROLYN K. DELANEY
UNITED STATES MAGISTRAGE JUDGE