1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MICHAEL PETRIK, Jr. #177913
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorneys for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )  No. 13-mj-148 CKD
                                     )
11          Plaintiff,               )  **STIPULATION AND ORDER**
                                     )  **TO CONTINUE PRELIMINARY HEARING**
12      v.                           )
                                     )  Date:  July 19, 2013
13  BRODERICK ARARAO,                )  Time:  2:00 p.m.
                                     )  Judge: Hon. Carolyn K. Delaney
14          Defendant.               )
                                     )
15  _____ )

16      The parties hereby stipulate and request that the Court continue

17  the preliminary hearing scheduled for July 19, 2013, at 2:00 p.m., to

18  August 21, 2013, at 2:00 p.m., before the Honorable Dale A. Drozd.

19      Counsel for Mr. Ararao requires the time to review discovery with

20  him, and to conduct investigation.  Counsel also requires the time to

21  discuss a potential pre-indictment resolution of this case with Mr.

22  Ararao.

23      The parties agree that the above reasons constitute good cause to

24  extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and

25  that the Court should extend the time within which the government must

26  file an indictment to August 21, 2013.  The parties stipulate that the

27  ends of justice served by granting Mr. Ararao's request for a

28  Stipulation And Proposed Order          1                    13-mj-148 CKD

1  continuance outweigh the best interest of the public and Mr. Ararao in a

2  speedy trial, and that this is an appropriate exclusion of time for

3  defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local

4  Code T4).

5  Dated: July 17, 2013                    HEATHER E. WILLIAMS
                                           Federal Defender
6
                                           /s/ M.Petrik
7                                          _____

                                           MICHAEL PETRIK, Jr.
8                                          Assistant Federal Defender

9

10 Dated: July 17, 2013                    BENJAMIN B. WAGNER
                                           United States Attorney
11
                                           /s/ M.Petrik for Justin Lee
12                                         _____

                                           JUSTIN L. LEE
13                                         Assistant U.S. Attorney

14                              **O R D E R**

15     Finding good cause, the Court orders the preliminary hearing

16 continued to August 21, 2013, at 2:00 p.m., before the Hon. Dale A.

17 Drozd; and, time excluded as set forth above for the reasons set forth

18 above.  The Court finds that the ends of justice served by granting Mr.

19 Ararao's request for a continuance outweigh the best interest of the

20 public and Mr. Ararao in a speedy trial.

21     IT IS SO ORDERED.

22
  Dated: July 17, 2013
23
                                 _____
24                               CAROLYN K. DELANEY
                                 UNITED STATES MAGISTRATE JUDGE
25

26

27

28 Stipulation And Proposed Order          2                    13-mj-148 CKD