1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, CA  95814
4 | Telephone: (916) 498-5700

5 | Attorneys for Defendant

6

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,  )  Case No. 13-mj-148 CKD
                               )
11 |                 Plaintiff, )  STIPULATION AND [~~PROPOSED~~] ORDER
                               )  TO CONTINUE PRELIMINARY HEARING
12 |         v.                 )  TO OCTOBER 17, 2013, AT 2:00 P.M.
                               )
13 | BRODERICK ARARAO,          )  Date:  October 11, 2013
                               )  Time:  2:00 p.m.
14 |                 Defendant. )  Judge: Honorable Allison Claire
                               )
15 |                            )

16

17    The parties stipulate, through respective counsel, that the Court should continue the

18  preliminary hearing set for October 11, 2013, at 2:00 p.m., to October 17, 2013, at 2:00 p.m.

       The parties have reached an agreement to resolve this case pre-indictment.  The parties

19  require time to draft an information, and a plea agreement.  Counsel for Mr. Ararao requires time

20  to review these documents with him.  Consequently, the parties agree they require a continuance

21  to effectuate these goals.

22    The parties agree that the above reasons constitute good cause to extend the time for

23  preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within

24  which the government must file an indictment to October 17, 2013.

25  / / /

26  / / /

27  / / /

28

1   The parties stipulate that the ends of justice served by the Court granting this request
2   outweigh the best interests of the public and the defendant in a speedy trial.

3   DATED: October 8, 2013            HEATHER E. WILLIAMS
                                       Federal Defender

                                       /s/ M.Petrik
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender

7   DATED: October 8, 2013            BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M.Petrik for
                                       JUSTIN L. LEE
                                       Assistant U.S. Attorney

**O R D E R**

The Court, finding good cause, orders the preliminary hearing continued to October 17, 2013, at 2:00 p.m., before the Hon. Kendall J. Newman.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

DATED: October 8, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE